CGFD43 (10/10/14)



ORDERED in the Southern District of Florida on April 6, 2015

*A. Jay Cristol*
A. Jay Cristol
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14–35326–AJC
Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Islaine G. Desrameaux
541 NE 126th St.
North Miami, FL 33161

SSN: xxx–xx–7388

## ORDER DENYING CONFIRMATION AND DISMISSING CHAPTER 13 CASE

This case came before the court on **for confirmation of a proposed chapter 13 plan. Based on the record, it is**

**ORDERED as follows:**

1. Confirmation of the proposed chapter 13 plan is denied.

2. This case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above–named debtor for 180 days from entry of this order, or the expiration of any prejudice period set in any previous order, whichever is later.

*Page 1 of 2*

3.  All pending motions are denied as moot.

4.  The trustee shall file a final report prior to the administrative closing of the case.

5.  (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code, and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

6.  A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

7.  In accordance with Local Rule 1002–1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk shall serve a copy of this order on all parties of record.

### #

*Page 2 of 2*